UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THELTON MISHOE,

                Plaintiff,

-*against*-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

**ORDER**

23-cv-04969 (ER)

RAMOS, D.J.:

    On December 4, 2023, Plaintiff Thelton Mishoe filed an amended complaint. Doc. 13. Defendant Mt. Hawley has not yet filed an answer or otherwise responded to the amended complaint. Mt. Hawley shall answer or otherwise respond to the amended complaint by January 18, 2024.

    SO ORDERED.

Dated:   January 4, 2024
            New York, New York

                                      Edgardo Ramos, U.S.D.J.