

**MATTHEW KRAUS**
Direct Dial: (212) 785-0757
mkraus@chartwelllaw.com

One Battery Park Plaza, 7th Floor
New York, NY 10004
Phone: (212) 968-2300
Facsimile: (212) 968-2400

February 2, 2024

**VIA ECF**

Hon. Edgardo Ramos, USDJ
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

    Re: *Thelton Mishoe v. Mt. Hawley Insurance Company*
          1:23-cv-04969 (ER)

Dear Judge Ramos:

    Defendant Mt. Hawley Insurance Company ("Mt. Hawley") and plaintiff Thelton Mishoe ("Mishoe") write jointly to request that the Court generally extend the discovery deadlines in this case for sixty (60) days in accordance with the annexed Revised Civil Case Discovery Plan and Scheduling Order. The current discovery end date is June 5, 2024. The parties further request that Your Honor refer this matter to the SDNY mediation program so that the parties can explore a potential resolution of Mishoe's claims. The parties have not previously requested an extension of the discovery deadlines in this case.

    The reasons for this request are that I have experienced some health-related issues recently. Moreover, Mt. Hawley has only recently interposed an Answer to Mishoe's Amended Complaint, and the parties wish to explore a potential resolution of Mishoe's claims through mediation.

    Therefore, the parties request a general extension of the discovery deadlines in this case for sixty (60) days in accordance with the annexed Revised Civil Case Discovery Plan and Scheduling Order, and a referral to the SDNY mediation program. Both these requests are made on consent of all parties.

Hon. Edgardo Ramos, USDJ
February 2, 2024
Page **2** of **2**

We thank Your Honor for Your attention to this matter.

                                      Respectfully submitted,

                                      **CHARTWELL LAW**

By: _____
        Matthew Kraus, Esq. (0621)
        *Attorneys for Defendant*
        *Mt. Hawley Insurance Company*
        One Battery Park Plaza, Suite 710
        New York, New York 10004
        mkraus@chartwelllaw.com

**LAW OFFICE OF BRETT M. SCHATZ PC**

By: _____*Brett M. Schatz*_____
        Brett M. Schatz, Esq.
        *Attorneys for Plaintiff*
        *Thelton Mishoe*
        1345 6th Ave., 2nd Floor
        New York, New York 10105
        bschatz@brettschatzlaw.com

---

The application is granted.  The parties are directed to submit their proposed revised scheduling order by February 7, 2024.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: __2/5/2024__
New York, New York